Opinion by TILSON, J. It was stipulated that the merchandise consists of so-called "artificial gut or artificial teguso," in chief value of silk, the same in all material respects as the merchandise the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 52685.**—B. Altman & Co. *v.* United States, protest 140189–K (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of knitted wool scarves similar in all material respects to those passed upon in Abstract 50303, the claim of the plaintiff was sustained.

**No. 52686.**—Accurate Millinery Co. et al. *v.* United States, protests 808722–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52687.**—Eurasia Import Co., Inc. *v.* United States, protests 892283–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52688.**—Louis Meyers & Son, Inc. *v.* United States, protests 830040–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52689.**—Louis Meyers & Son, Inc. *v.* United States, protests 905493–G, etc. (New York).